DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRANCE D. JETT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1413

[July 15, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502008CF000280AXXXMB.

Terrance D. Jett, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***